**Entered on Docket**
**October 26, 2009**

_____
**Hon. Michael S. McManus**
**United States Bankruptcy Judge**

PITE DUNCAN, LLP
STEVEN W. PITE (NV Bar #008226)
EDDIE R. JIMENEZ (NV Bar #10376)
JACQUE A. GRUBER (NV Bar #11385)
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail:  ecfnvb@piteduncan.com

ABRAMS & TANKO, LLLP
MICHELLE L. ABRAMS (NV Bar #005565)
3085 S. Jones Blvd., Suite C
Las Vegas, NV 89146

Attorneys for  Secured Creditor WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS
          BANK, FSB

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re | Bankruptcy Case No. BK-N-09-51151-gwz |
| PAUL KELLY , | Chapter 13 |
| Debtor(s). | WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB'S ORDER TERMINATING AUTOMATIC STAY |
| | Date:    September 18, 2009 |
| | Time:   1:30 P.M. |

A  hearing  on  Secured  Creditor  Wachovia  Mortgage,  FSB,  fka  World  Savings  Bank, FSB's Motion for Relief From the Automatic Stay came on regularly for hearing in the United States Bankruptcy Court before the Honorable Gregg W. Zive.

The court having duly considered the papers and pleadings on file herein and being fully advised thereon and finding cause therefor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

Relief from the automatic stay of 11 United States Code section 362 is hereby granted as it applies to the real property commonly known as 4840 Broken Arrow Cir, Reno, Nevada 89509-7034, which is legally described as:

> LOT 15, BLOCK B OF MANZANITA WEST UNIT 4, ACCORDING TO THE MAP THEREOF, FILED IN THE OFFICE OF THE COUNTY RECORDER OF WASHOE COUNTY, STATE OF NEVADA, ON AUGUST 25, 1995, FILE NO. 1920036 OFFICIAL RECORDS AS TRACT MAP NO. 3173 APN: 224-031-07.

APPROVED/DISAPPROVED

_____
WILLIAM A. VAN METER
TRUSTEE

/./.

/./.

/./.

/./.

/./.

/./.

/./.

/./.

/./.

/./.

/./.

/./.

/./.

1    <u>ALTERNATIVE METHOD re: RULE 9021</u>:

2    In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

3    ☐        The court has waived the requirement of approval under LR 9021.

4    ☐        No parties appeared or filed written objections, and there is no trustee appointed in the

5    case.

6    ☒        I have delivered a copy of this proposed order to all counsel who appeared at the hearing,

7    any unrepresented parties who appeared at the hearing, and any trustee appointed in this case,

8    and each has approved or disapproved the order, or failed to respond, as indicated below [list

9    each party and whether the party has approved, disapproved, or failed to respond to the

10   document]:

11   ☐        Approved. - Debtor(s)/Debtor(s)'------ Attorney/Trustee

12   ☐        Disapproved. - Debtor(s)/Debtor(s)'------ Attorney/Trustee

13   ☒        Failed to respond. - Trustee

14                                                            ###

15   Submitted by:

16   <u>/s/ JACQUE A. GRUBER</u>
     4375 Jutland Drive, Suite 200
17   P.O. Box 17933
     San Diego, CA 92177-0933
18   (858) 750-7600
     NV Bar #11385
19   Attorney for WACHOVIA MORTGAGE, FSB, FKA WORLD SAVINGS BANK, FSB

20

21

22

23

24

25

26

27

28